UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATTERSON ENTERPRISE GROUP, LLC, et al.,

    Plaintiffs,

    v.

SPIRIT LOGISTICS NETWORK, INC.,

    Defendant.

CIVIL ACTION NO.
1:23-CV-03400-TWT

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal documents as soon as practicable. All filing deadlines are STAYED while this case remains administratively closed.

SO ORDERED, this 8th day of March, 2024.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE