# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cv-03400-TWT

## Patterson Enterprise Group, LLC et al v. Spirit Logistics Network, Inc.
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 03/07/2024.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 5:04 P.M.         TAPE NUMBER: Zoom - Sealed
TIME IN COURT: 6:34                     DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jeremiah Handschuh representing Spirit Logistics Network, Inc.<br>Frank Podesta representing Duke Trucking, LLC<br>Frank Podesta representing Livsey Transportation, LLC<br>Frank Podesta representing Norwood Deliveries, LLC<br>Frank Podesta representing Patterson Enterprise Group, LLC<br>Frank Podesta representing Anthony Norwood<br>Frank Podesta representing Bryant Livsey<br>Frank Podesta representing Kenisha Patterson<br>Frank Podesta representing Mamun Nasir |
| OTHER(S) PRESENT: | Paul Perkins, Corporate Representative for Spirit Logistics Network, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The Court held a settlement conference. The parties agreed to settle all claims in this matter. |